

816 Congress Avenue, Suite 1900
Austin, Texas 78701
512.322.5800
lglawfirm.com

ACCEPTED
15-25-00018-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/24/2025 2:33 PM
CHRISTOPHER A. PRINE
CLERK

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

6/24/2025 2:33:38 PM
CHRISTOPHER A. PRINE
Clerk

Mr. de la Fuente's Direct Line: (512) 322-5849
Email: jdelafuente@lglawfirm.com

June 24, 2025

***Via E-file***

Mr. Christopher A. Prine, Clerk
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

> Re: Appellant, Public Utility Commission of Texas // Cross-Appellant, City of Denton Operating as Denton Municipal Electric
> v. Appellee, City of Denton Operating as Denton Municipal Electric // Cross-Appellee Public Utility Commission of Texas
>
> Court of Appeals No.: 15-25-00018-CV
> Trial Court Case Number: D-1-GN-23-008974

Dear Mr. Prine:

Please allow this notice to advise the court and all counsel that I will be on vacation August 20-25, 2025. I would ask that no litigation matters or deadlines (including, but not limited to trials, hearings, oral argument, depositions) be set during that time. Please file this letter among the papers of this matter to serve as a vacation notice.

Thank you for your attention to this matter. If you have any questions, please do not hesitate to contact me.

Sincerely,

*/s/ Jose E. de la Fuente*
Jose E. de la Fuente

JEF/cad

cc: all counsel of record

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Cathy Daniels on behalf of Jose de la Fuente
Bar No. 00793605
cdaniels@lglawfirm.com
Envelope ID: 102366635
Filing Code Description: Letter
Filing Description: Vacation Notice of Attorney Jose E. de la Fuente
Status as of 6/24/2025 2:41 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Katherine Coleman | 24059596 | kcoleman@omm.com | 6/24/2025 2:33:38 PM | SENT |
| Jamie Mauldin | 24065694 | jmauldin@lglawfirm.com | 6/24/2025 2:33:38 PM | SENT |
| Gabrielle Smith | 24093172 | gsmith@lglawfirm.com | 6/24/2025 2:33:38 PM | SENT |
| David Laurent | | david.laurent@oag.texas.gov | 6/24/2025 2:33:38 PM | SENT |
| John RHulme | | John.Hulme@oag.texas.gov | 6/24/2025 2:33:38 PM | SENT |
| Jose E.de la Fuente | | jdelafuente@lglawfirm.com | 6/24/2025 2:33:38 PM | SENT |
| Amy Hoffee | | amy.hoffee@cityofdenton.com | 6/24/2025 2:33:38 PM | SENT |
| Chris Ekoh | | chris.ekoh@opuc.texas.gov | 6/24/2025 2:33:38 PM | SENT |
| Justin Swearingen | | justin.swearingen@opuc.texas.gov | 6/24/2025 2:33:38 PM | SENT |
| Jordan Pratt | | Jordan.Pratt@oag.texas.gov | 6/24/2025 2:33:38 PM | SENT |
| Colton Halter | | colton.halter@oag.texas.gov | 6/24/2025 2:33:38 PM | SENT |
| John Hubbard | | jhubbard@omm.com | 6/24/2025 2:33:38 PM | SENT |
| Christiana Segura | 24143396 | christiana.segura@opuc.texas.gov | 6/24/2025 2:33:38 PM | SENT |
| Roslyn Warner | | rwarner@lglawfirm.com | 6/24/2025 2:33:38 PM | SENT |
| Devin Alexander | | devin.alexander@cityofdenton.com | 6/24/2025 2:33:38 PM | SENT |
| Michael McMillin | | mmcmillin@omm.com | 6/24/2025 2:33:38 PM | SENT |
| Sharbel Sfeir | | sharbel.sfeir@opuc.texas.gov | 6/24/2025 2:33:38 PM | SENT |
| Marcella Lunn | | marcella.lunn@cityofdenton.com | 6/24/2025 2:33:38 PM | SENT |